IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Plaintiff,

v.

GENE SAUER,

            Defendant.

ORDER

18-cr-67-wmc-1

---

Consistent with this court's earlier order granting defendant Gene Sauer's motion for compassionate release (dkt. #94) and now being advised that the Probation Office has preliminarily approved his release plan, IT IS ORDERED that the United States Bureau of Prisons place the defendant in quarantine for release as soon as possible.

As a further condition of his early supervised release, in addition to those previously pronounced, the court also orders the following:

> Participate for a period of 180 days in a location monitoring program that may include voice recognition. Defendant shall abide by the technology requirements implemented at the direction of the supervising U.S. Probation Officer. During this period, defendant shall remain at defendant's residence. Exemptions for employment and educational purposes; religious services; medical; mental health, attorney visits; court appearances; and other activities are to be pre-approved by the supervising probation officer. Defendant shall not be responsible for the cost of location monitoring.

The defendant is also INSTRUCTED to cooperate with the probation office's preparation of updated terms and conditions of release consistent with the court's previous order and current Seventh Circuit case law, so that he can be promptly released on Friday, August 28, 2020, or as soon thereafter as practical.

Entered this 14th day of August, 2020.

BY THE COURT
/s/

_____
WILLIAM M. CONLEY
District Judge